**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:24-cv-00700-KES                                    Date: July 3, 2024

Title:  Theresa Brooke v. GLM Ventures LLC

PRESENT:
         THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

         Jazmin Dorado                                    Not Present
         Courtroom Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR                      ATTORNEYS PRESENT FOR
         PLAINTIFF:                                  DEFENDANTD:
      None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):          **Order to Show Cause Why Action Should**
                                    **Not Be Dismissed for Failure to Timely**
                                    **Serve Defendant**

         Plaintiff Theresa Brooke ("Plaintiff") filed this action on March 31, 2024.  (Dkt. 1.)
Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with
process within 90 days after the complaint is filed.  Although that 90-day deadline expired on
July 1, 2024, Plaintiff has not filed any proof of service as of the date of this order.

         IT IS THEREFORE ORDERED that, **on or before July 17, 2024**, Plaintiff shall show
cause why this action should not be dismissed without prejudice for failure to timely serve
Defendant.

                                                   Initials of Deputy Clerk <u>JD</u>