JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOK, a married woman dealing with her sole and separate claim,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLM VENTURES LLC, a California limited liability company,<br><br>　　　　　　Defendant. | Case No. 8:24-cv-00700-JWH-DFMx<br><br>**JUDGMENT** |

Pursuant to the "Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendant" [ECF No. 8] entered on or about July 3, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 14, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE